JEFFREY R. BLEASE, CA Bar No. 134933 (*Counsel for Service*)
  jblease@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
FACSIMILE:  415.434.4507

Attorneys for Defendants
SORIN GROUP USA, INC.; and
CARBOMEDICS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE WELLS AND MICHAEL ALLEN WELLS,<br><br>PLAINTIFFS,<br><br>vs.<br><br>SORIN GROUP USA, INC.; CARBOMEDICS, INC.; DEANNA PAULEY; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>DEFENDANTS. | CASE NO. 2:14-cv-00606-MCE-KJN<br>THE HONORABLE MORRISON C. ENGLAND, JR.<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT BY DEFENDANTS SORIN GROUP USA, INC. AND CARBOMEDICS, INC.**<br><br>Hearing Date: August 21, 2014<br><br>Hearing Time: 2:00 p.m.<br><br>Courtroom: 7 |

Defendants Sorin Group USA, Inc. and Carbomedics, Inc.'s Motion to Dismiss First Amended Complaint came on regularly for hearing on August 21, 2014, at 2:00 p.m., in Courtroom 7 of the above-referenced Court.  Having fully considered the moving and opposition papers submitted by the parties, the arguments of counsel, and all other matters presented to the Court, and good cause appearing therefor, IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is GRANTED and that Plaintiffs' First Amended Complaint is dismissed with prejudice.

1    **IT IS SO ORDERED.**

3    Dated: _____

_____
JUDGE MORRISON C. ENGLAND, JR.
Chief Judge, United States District Court, Eastern District of California

**CERTIFICATE OF SERVICE - Electronic Filing**

I HEREBY CERTIFY that on **June 25, 2014**, I electronically filed the foregoing

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS
FIRST AMENDED COMPLAINT BY DEFENDANTS
SORIN GROUP USA, INC. AND CARBOMEDICS, INC.**

with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Eric J. Ratinoff
Marla C. Strain
Allison L. Pease
KERSHAW, CUTTER & RATINOFF
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 448-9800
Facsimile:  (916) 669-4499
Email:  eratinoff@kcrlegal.com
            mstrain@kcrlegal.com
            apease@kcrlegal.com

*Attorneys for Plaintiffs*

                              */s/ Jeffrey R. Blease*
                              JEFFREY R. BLEASE