1  ERIC RATINOFF / SBN: 166204
   MARLA C. STRAIN / SBN: 132142
2  **KERSHAW, CUTTER & RATINOFF, LLP**
   401 Watt Avenue
3  Sacramento, CA  95864
   Telephone: (916) 448-9800
4  Facsimile:  (916) 669-4499
   eratinoff@ericratinoff.com
5  mstrain@ericratinoff.com

6  Attorneys for Plaintiffs

7  JEFFREY R. BLEASE, CA Bar No. 134933 (*Counsel for Service*)
       jblease@foley.com
8  **FOLEY & LARDNER LLP**
   555 CALIFORNIA STREET
9  SUITE 1700
   SAN FRANCISCO, CA 94104-1520
10 TELEPHONE: 415.434.4484
   FACSIMILE:   415.434.4507
11
   GEOFFREY M. RAUX, *Pro Hac Vice*
12     graux@foley.com
   **FOLEY & LARDNER LLP**
13 111 HUNTINGTON AVENUE
   BOSTON, MA 02111
14 TELEPHONE: 617.342.4000
   FACSIMILE:   617.342.4001
15
   Attorneys for Defendants
16 SORIN GROUP USA, INC.; and
   CARBOMEDICS, INC.
17

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE WELLS AND MICHAEL ALLEN WELLS, | CASE NO. 2:14-cv-00606-MCE-KJN |
| | THE HONORABLE MORRISON C. ENGLAND, JR. |
| PLAINTIFFS, | |
| vs. | **ORDER FOR DISMISSAL** |
| SORIN GROUP USA, INC.; CARBOMEDICS, INC.; DEANNA PAULEY; AND DOES 1 THROUGH 50, INCLUSIVE, | CASE FILED: NOVEMBER 12, 2013 |
| | CASE REMOVED: MARCH 5, 2014 |
| DEFENDANTS. | |

[PROPOSED] ORDER FOR DISMISSAL
CASE NO. 2:14-cv-00606-MCE-KJN

4828-2128-9251.1

The court, having considered the Notice of Resolution and Stipulation of Dismissal (Doc. 36) filed by the parties on January 7, 2016, and good cause appearing,

IT IS ORDERED that:

1. The above captioned case and all claims asserted therein, however designated, shall be and the same are hereby dismissed in their entirety with prejudice, without costs or fees to either party. The matter having been concluded in its entirety, the Clerk is directed to close the file.

IT IS SO ORDERED.

DATED: FEBRUARY 2, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

*Re:* Wells v. Sorin, et al.

## PROOF OF SERVICE

I am a citizen of the United States, over the age of 18 years, not a party to the within action, employed in the County of Sacramento, California, and my business address is 401 Watt Avenue, Sacramento, California 95864.  I am familiar with this firm's practice for collection and processing of documents for mail with the United States Postal Service, hand-deliveries, and facsimiles.  On this date, service of the following document:

**[PROPOSED] ORDER FOR DISMISSAL**

in this matter was effected by:

```
__X_  Mail
_____ Personal Service
_____ Federal Express
_____ Facsimile
```

on the parties to said cause as follows:

JEFFREY R. BLEASE, CA Bar No. 134933 (*Counsel for Service*)
  jblease@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE:  415.434.4484
FACSIMILE:   415.434.4507

GEOFFREY M. RAUX, *Pro Hac Vice*
  graux@foley.com
**FOLEY & LARDNER LLP**
111 HUNTINGTON AVENUE
BOSTON, MA 02111
TELEPHONE:  617.342.4000
FACSIMILE:   617.342.4001

Attorneys for Defendants
SORIN GROUP USA, INC.; and
CARBOMEDICS, INC.

Executed under penalty of perjury on **January 27, 2016**, at Sacramento, California.

/s/ Karen L. Benzler
KAREN L. BENZLER

-1-